## Brown *against* Aplin.

S. Beardsley, moved to amend the *capias ad respondendum*, issued in this cause. The test was the last day of January term, 1823; but, by mistake, it was in the name of John Savage, *Ch. Justice*, who was not appointed till after that term. The motion was to substitute the name of Ambrose Spencer, *Ch. Justice*, who was then in office.

A *capias ad resp.* amended by correcting the test as to the name of the *Chief Justice.*

J. C. *Spencer*, contra, upon notice of a motion for that purpose, moved to set aside the writ for irregularity.

*Curia.* Take your rule to amend the writ, on paying the costs of the application to set it aside.(*a*)

(*a*) Vid. *United States* v. *Hanford & Ely*, (19 *John*. 173.) Where the capias was amended, though wrongly tested in the name of the *former* Ch. Justice.